ELIZABETH C. O'BRIEN, as Administratrix of the Estate of JOSEPH O'BRIEN, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 25093.)

Reported below, 263 App. Div. 746.
Submitted October 19, 1942; decided October 29, 1942.

*John J. Bennett, Jr., Attorney-General (Joseph L. Fitzgerald* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion, unless the appellant serves and files the return on appeal and an undertaking, and pays ten dollars costs, within thirty days in which event the motion is denied.